# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-5060

_____

BRIAN ALLEN CRAIG,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Phillip A. Pena, Judge.

June 20, 2018

PER CURIAM.

We affirm the revocation of the Appellant's probation and the resulting sentence, but we remand for correction of a scrivener's error. The trial court orally awarded credit for time served, but the sentencing documents do not reflect that award. The court should correct the written documents to comport with the oral pronouncement. *See Powell v. State*, 223 So. 3d 412, 414 (Fla. 5th DCA 2017) (affirming the defendant's convictions and sentences, but remanding for the correction of a scrivener's error where the written sentence did not comport with the oral pronouncement of sentence).

AFFIRMED and REMANDED for correction of a scrivener's error.

MAKAR, WINOKUR, and WINSOR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Andy Thomas, Public Defender, and Steven L. Seliger, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.